# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA PANAMA CITY DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.                              CASE NO. 5:13-cr-25-RS

**ROBERTO ALVAREZ-RAMOS,**

    **Defendant.**

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 20). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The plea of guilty of Defendant to Count One of the Indictment is **ACCEPTED**.

3. All parties shall appear for sentencing on October 16, 2013, at 9:45 a.m.

**ORDERED** on July 11, 2013.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**